# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DANKEMEYER,<br><br>      Plaintiff,<br><br>      v.<br><br>COUNTY OF CALAVERAS, et al.,<br><br>      Defendants. | Case No. 1:14-cv-01013-SAB<br><br>ORDER VACATING SEPTEMBER 3, 2014 HEARING |

On July 31, 2014, Defendant Beckham filed a motion to dismiss which is set for a hearing on September 3, 2014. Plaintiff did not file a timely opposition to Defendant's motion to dismiss.

The Court, having reviewed the record, finds Defendant's motion to dismiss suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on September 3, 2014 is HEREBY VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **August 26, 2014**

_____
UNITED STATES MAGISTRATE JUDGE